# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ESPERANZA LUGO-MALONE,**

                **Plaintiff,**

**-vs-**                        **Case No. 6:10-cv-1628-Orl-28DAB**

**ADVANCE/NEWHOUSE PARTNERSHIP,**

                **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 18) filed March 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 8, 2011 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement (Doc. No. 18) is **GRANTED**.

    3.    The settlement, to the extent it purports to settle a claim under the Fair Labor Standards Act, including the EPA claim, is **APPROVED**.

    4.    This case is dismissed with prejudice.

    5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30th___ day of March, 2011.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge